UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM SCHMITZ, ET AL.,

Plaintiff,

v.

NATIONAL CREDIT SERVICES CORPORATION,

Defendant.

Case No. 00-2487 ADM/AJB

**AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

You are hereby given notice that the settlement conference in the above referenced case previously scheduled for June 26, 2001, at 1:30 p.m., has been rescheduled. The settlement conference will be held on June 26, 2001, at 9:00 a.m., before the undersigned Magistrate Judge.

Dated: 5/2/01

Arthur J. Boylan
U. S. Magistrate Judge

MAY 02 2001

Filed ______
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______