**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2487 ADM/AJB**

| | |
|---|---|
| William Schmitz and<br>Karen Schmitz,<br><br>Plaintiffs,<br><br>v.<br><br>National Credit Services Corporation,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and their attorneys, and Defendant National Credit Services Corporation and their attorney that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Dec. 19, 2001.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
**Attorney for Plaintiffs**
Attorney I.D.#**0266577**
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
**Attorney for Plaintiffs**
Attorney I.D. #**0249646**
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Dated: Dec. 20, 2001.

**MESSERLI & KRAMER, P.A.**

By: ______________________
George Serdar, Esq.
**Attorney for Defendant**
Attorney I.D. #**99259**
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402-4246
Telephone: (612) 672-3696

JAN 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK



J:\37000 Closed Files\37013 Schmitz, William v. NCSC (PFB)\Stip of Dismissal.doc

**ORDER**

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that Plaintiffs' Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 3, 2002.

JUDGE ANN D. MONTGOMERY
United States District Court